# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL W. BROWN

VERSUS

CLEAR BLUE SPECIALTY
INSURANCE COMPANY; RISE UP
TRUCKING, LLC; AND DAVIS
JAMES WILLIAMS

NO. 2021 CW 1610

MARCH 28, 2022

---

In Re:     Clear Blue Specialty Insurance Company, Rise Up Trucking, LLC and David James Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 695892.

---

BEFORE:     McDONALD, WELCH, PENZATO, LANIER, AND WOLFE, JJ.

**WRIT GRANTED.** The portion of the trial court's December 6, 2021 judgment granting, in part, the motion in limine filed by plaintiff, Michael W. Brown, to allow plaintiff to present to the jury the full amount of his medical bills is reversed. The Supreme Court has held that a Medicaid recipient cannot recover amounts written off by Medicaid. **Bozeman v. State,** 2003-1016 (La. 7/2/04), 879 So.2d 692. In addition, the Supreme Court has held that when the amount of medical expenses charged above the amount actually incurred is not a collateral source its exclusion from the purview of the jury was proper. See **Simmons v. Cornerstone Investments, LLC,** 2018-0735 (La. 5/8/19), 282 So.3d 199, 200. Accordingly, we find the trial court abused its discretion, and the portion of the motion in limine which sought to present evidence of the full amount of plaintiff's medical expenses at trial is denied.

JMM
AHP
WIL

**Welch and Wolfe, JJ.,** dissent and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) *(per curiam),* are not met.

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT